AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

United States of America
v.
Dana Faulkner

Case No. 5:17-mj-142

*Defendant(s)*

FILED
AUG 30 2017
CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 28, 2017__ in the county of __Pennington__ in the _____ District of __South Dakota__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Prohibitied Person |
| 21 U.S.C. §§ 846, 841(a), and 841(b)(1)(A) | Conspiracy to Distribute a Controlled Substance |
| 18 U.S.C. § 924(c)(1)(A)(i) | Possession of a Firearm During and In Relation to Drug Trafficking Crime |

This criminal complaint is based on the facts set forth in the attached affidavit. The offense is described as follows:

On August 28, 2017, Dana Faulkner, in the District of South Dakota, having been previously convicted of a crime punishable by imprisonment of more than one year, did knowingly possess a firearm, namely a Taurus, model PT 24/7 PRO C DS, .40 caliber pistol, bearing serial number SD097005, which had been previously shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Beginning on a date unknown but no later than on or about May 2017, in the District of South Dakota and elsewhere, the defendant, Dana Faulkner, knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown to knowingly and intentionally distribute and to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).
On or about between May 2017 and August 28, 2017, in the District of South Dakota, Dana Faulkner, during and in relation to a drug trafficking crime for which he could be prosecuted in a court of the United States, that is, conspiracy to distribute methamphetamine, did use, possess and carry a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

☑ Continued on the attached sheet.

*Complainant's signature*

Joseph Korth, ATF SA
*Printed name and title*

Sworn to before me and:   ☑ signed in my presence.
☐ submitted, attested to, and acknowledged by reliable electronic means.

Date: 08/30/2017

*Judge's signature*

City and state: Rapid City, SD

Daneta Wollmann, U.S. Magistrate
*Printed name and title*